Thomas M. Kerr (CA State Bar No. 241530)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA  94105-2994
Telephone:  (415) 268-2000
Facsimile:  (415) 268-1999
Email:      tom.kerr@hro.com

Attorneys for Plaintiffs,
ATLANTIC RECORDING CORPORATION;
WARNER BROS. RECORDS, INC.; PRIORITY RECORDS LLC; VIRGIN RECORDS AMERICA, INC.; MOTOWN RECORD COMPANY, L.P.; UMG RECORDINGS, INC.; SONY BMG MUSIC ENTERTAINMENT; and BMG MUSIC

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| ATLANTIC RECORDING CORPORATION, a Delaware corporation; WARNER BROS. RECORDS, INC., a Delaware corporation; PRIORITY RECORDS LLC, a California limited liability company; VIRGIN RECORDS AMERICA, INC., a California corporation; MOTOWN RECORD COMPANY, L.P., a California limited partnership; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and BMG MUSIC, a New York general partnership,<br>　　　　　Plaintiffs,<br><br>　v.<br><br>CYNTHIA EDLUND,<br>　　　　　Defendant. | CASE NO. 2:06-CV-02537-LKK-EFB<br><br>Honorable Lawrence K. Karlton<br><br>**STIPULATION TO CONTINUE INITIAL SCHEDULING CONFERENCE AND ORDER** |

STIPULATION
Case No. 2:06-CV-02537-LKK-EFB
#29404 v1

PDF created with pdfFactory trial version www.pdffactory.com

1  Plaintiffs, through their counsel, and Defendant, hereby stipulate to continue the initial
2  scheduling conference currently set for May 21, 2007, at 2:30 p.m. to July 23, 2007.  The Complaint
3  in this matter was filed on November 14, 2006.  Defendant was served with the Summons and
4  Complaint on January 17, 2007.  Plaintiffs and Defendant, each through counsel, stipulated to extend
5  the time for Defendant to respond to the Complaint until April 13, 2007.  On April 11, 2007,
6  Defendant filed her Answer pro per.  Because the parties stipulated to extend time to respond to the
7  Complaint, and because the Answer was filed on April 11, 2007, just five days before the Joint
8  Status Report is due, Plaintiffs, through their counsel, and Defendant, respectfully request
9  that the Court continue the initial scheduling conference currently set for May 21, 2007, at 2:30 p.m.
10 to July 23, 2007.

DATED:  4/16/07                              THOMAS M. KERR
                                             HOLME ROBERTS & OWEN LLP


                                             By:   /s/
                                                 Thomas M. Kerr
                                                 Attorney for Plaintiffs



DATED:  4/16/07                              CYNTHIA EDLUND


                                             By:   /s/
                                                 Cynthia Edlund
                                                 *In Propia Persona*

1

STIPULATION
Case No. 2:06-CV-02537-LKK-EFB
#29404 v1

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

1  
2  Good cause having been shown:

3  **IT IS ORDERED** that the initial scheduling conference currently set for May 21, 2007, at
4  2:30 p.m. is hereby continued to August 6, 2007 at 2:30 p.m..

6  DATED: April 17, 2007.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

PDF created with pdfFactory trial version www.pdffactory.com