Thomas M. Kerr (CA State Bar No. 241530)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA  94105-2994
Telephone:  (415) 268-2000
Facsimile:  (415) 268-1999
Email:       tom.kerr@hro.com

Attorneys for Plaintiffs,
ATLANTIC RECORDING CORPORATION;
WARNER BROS. RECORDS, INC.; PRIORITY RECORDS LLC; VIRGIN RECORDS AMERICA, INC.; MOTOWN RECORD COMPANY, L.P.; UMG RECORDINGS, INC.; SONY BMG MUSIC ENTERTAINMENT; and BMG MUSIC

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| ATLANTIC RECORDING CORPORATION, a Delaware corporation; WARNER BROS. RECORDS, INC., a Delaware corporation; PRIORITY RECORDS LLC, a California limited liability company; VIRGIN RECORDS AMERICA, INC., a California corporation; MOTOWN RECORD COMPANY, L.P., a California limited partnership; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and BMG MUSIC, a New York general partnership,<br>              Plaintiffs,<br><br>     v.<br><br>CYNTHIA EDLUND,<br>              Defendant. | CASE NO. 2:06-CV-02537-LKK-EFB<br><br>Honorable Lawrence K. Karlton<br><br>**STIPULATION TO TRANSFER VENUE TO FRESNO DIVISION AND ORDER** |

STIPULATION
Case No. 2:06-CV-02537-LKK-EFB
#29568 v1

PDF created with pdfFactory trial version www.pdffactory.com

In accordance with Local Rule 3-120(f), Plaintiffs, through their counsel, and Defendant, hereby stipulate to transfer venue in this case to the Fresno, California, Division of the Eastern District of California.  The Complaint in this matter was filed on November 14, 2006, and after the parties stipulated to extend Defendant's time to respond to the complaint, an Answer was filed on April 11, 2007. Since the answer was filed, Plaintiffs' counsel has become aware that Defendant resides in Fresno County, and therefore in accordance Local Rule 3-120, venue is most appropriate in Fresno.  Plaintiffs, through their counsel, and Defendant, therefore respectfully request that the Court transfer this action to the Fresno Division of the Eastern District of California.

DATED:  4/24/07

THOMAS M. KERR
HOLME ROBERTS & OWEN LLP

By:  /s/_____
    Thomas M. Kerr
    Attorney for Plaintiffs

DATED:  _____

CYNTHIA EDLUND

By:  /s/_____
    Cynthia Edlund
    *In Propia Persona*

### ORDER

Good cause having been shown:

**IT IS ORDERED.**

DATED:  April 26, 2007.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1

PDF created with pdfFactory trial version www.pdffactory.com