IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATLANTIC RECORDING, CORPORATION, a Delaware corporation; PRIORITY RECORDS LLC, a California limited liability company; VIRGIN RECORDS AMERICA, INC., a California corporation; MOTOWN RECORD COMPANY, L.P. a California limited partnership, UMG RECORDINGS INC., a Delaware corporation, SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and BMG MUSIC, a New York general partnership<br>             Plaintiffs,<br>     vs.<br>CYNTHIA EDLUND<br>             Defendant.<br>_____/ | CASE NO. CV F 07-0631 LJO DLB<br><br>**ORDER TO CLOSE CASE** |

On June 27, 2007, Plaintiffs filed a voluntary dismissal pursuant to Rule 41(a)(1), which reads: "[A]n action may be dismissed by the plaintiff without order of the court by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs." A plaintiff has an absolute right to file a voluntary dismissal before an answer or motion for summary judgment is filed by a defendant. *American Soccer Co. Inc., v. Score First*

1 *Enterprises*, 187 F.3d 1108, 1109 (9th Cir. 1999) (citing *Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997)* (citations and footnote omitted). None has been filed by defendants in this case. Therefore, this action has been dismissed by Plaintiffs and the clerk of court is directed to CLOSE this case.

IT IS SO ORDERED.

**Dated:**   **June 29, 2007**                    /s/ Lawrence J. O'Neill
                                                              UNITED STATES DISTRICT JUDGE